UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKSON HASKINS,

    Plaintiff,

vs.                                    CASE NO.: 8:16-cv-02541-MSS-AEP

CITIGROUP, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE, that Plaintiff, JACKSON HASKINS, by and through undersigned counsel, pursuant to Local Rule 3.08, hereby gives notice to the Court that the parties have reached a pending settlement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically served via Federal CM/ECF portal on October 3, 2016 to:

COPIES FURNISHED TO:
All Counselors of Record

                                      **Hoag Law Firm, P.A.**

                                      **/s/ Brian M. Hoag**
                                      **Brian M. Hoag,** Fla. Bar No.: 012339
                                      Service Email: brian@hoaglawfirm.com
                                      Secondary Email: jill@hoaglawfirm.com
                                      375 83rd Avenue N.
                                      St. Petersburg, Florida 33702
                                      Phone: (727) 231-5420/(727) 478-4569 (Fax)
                                      **Attorney for the Plaintiff**