# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JACKSON HASKINS,**

    Plaintiff,

v.                                                    **Case No: 8:16-cv-2541-MSS-AEP**

**CITIGROUP, INC.,**

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 3, 2016, Plaintiff filed a Notice of Pending Settlement, informing the Court that "pursuant to Local Rule 3.08," "the parties have reached a pending settlement." (Dkt. 9) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case IS **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of October, 2016.

*[Signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party